# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| TERRI L. STILES et al., <br><br> Plaintiff, <br><br> v. <br><br> JOHN CLIFFORD et al., <br><br> Defendant. | Case No. SA CV 22-00469-JGB (DFM) <br><br> Order Accepting Report and Recommendation of United States Magistrate Judge |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Joint Stipulation, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that:

1. The Report and Recommendation is approved and accepted;
2. Defendants' motions to dismiss (Dkts. 15, 18, 20) are GRANTED;
3. The First Amended Complaint is dismissed without leave to amend; and

4. Judgment shall be entered dismissing this action for lack of jurisdiction under the Rooker-Feldman doctrine and as untimely under the applicable statute of limitations.

Date: September 26, 2022

_____
JESUS G. BERNAL
United States District Judge