JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| TERRI L. STILES et al., | Case No. SA CV 22-00469-JGB (DFM) |
| Plaintiff, | JUDGMENT |
| v. | |
| JOHN CLIFFORD et al., | |
| Defendant. | |

IT IS HEREBY ADJUDGED that, for the reasons set forth in the Order Accepting Report and Recommendation, the First Amended Complaint and this entire action are dismissed with prejudice.

Date: September 26, 2022

JESUS G. BERNAL
United States District Judge